**FILED**

# United States District Court

APR 2 1 2006

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

In the matter of the Search of
(Name, address or brief description of person, property or premises
to be searched)

**Residence located at 7025 North Copperfield Court, Montgomery, Alabama 36117 (See Attachment A)**

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER: 2:06mj 42-SRW

I ____John R. Mann____ being duly sworn depose and say:

I am an agent _assigned to FBI, Child Protect Task Force_ and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**residence located at 7025 North Copperfield Court, Montgomery, Alabama 36117 (See Attachment A),**

in the _____Middle_____ District of _____Alabama_____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment B**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense,**

concerning a violation of Title ___18___ United States Code, Section(s) ___2252 & 2252A___

The facts to support the issuance of a Search Warrant are as follows:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Signature of Affiant_

Sworn to before me and subscribed in my presence,

_April 18, 2006_ at _Montgomery, Alabama_
Date                                              City and State

SUSAN RUSS WALKER
United States Magistrate Judge
Name & Title of Judicial Officer

_Signature of Judicial Officer_

Attachment A

Description of Search Location

7025 North Copperfield Court, Montgomery, Alabama 36117.

7025 North Copperfield Court is the second house on the right from Copperfield Drive. The residence is described as a beige brick patio home, with blue shutters, light blue trim, light gray shingles on the roof. The front door appears to be a solid door, light blue in color with a deadbolt lock and two narrow windows on each side of the door. A gray mailbox with black numbers of 7025 on a black post is located at the front of a paved driveway. Located in the front yard is a pine tree and a maple tree. There is a wooden privacy fence surrounding the backyard with a silver shed located on the eastside in the backyard.



ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEIZED

Affiant seeks to search for, and seize, evidence and instrumentalities of pornography, including:

1.  Computer hardware, computer software, computer-related documentation, computer passwords and data security devices, further described as follows:

(A)  Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes (but is not limited to) any data-processing devices (such as central processing unit, memory typewriters, and self-contained "laptop" or "notebook" computer); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk devices and diskettes, tape drives and tapes, optical storage devices; transistors-like binary devices, and other memory storage devices); peripheral input-output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communication devices (such as modems, cables, and acoustic couplers, automatic dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

B)  Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical, or other digital form. It commonly includes programs to run operating systems, applications, (like word processing, graphic, or spreadsheets programs), utilities, compilers, interpreters, and communications programs.

(C)  Computer related documentation consists of written, recorded, printed or electronically stored material which explains or illustrates the configuration or use of any seized hardware, software, or other related items.

(D)  Computer passwords and other data security devices are designed to restrict access or to hide computer software, documentation or data. Data security devices may consist of hardware, software, or other programming code. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital code may include programming code that creates "test" keys or "hot" keys

which perform certain pre-set security functions when touched.
Data security software or code may also encrypt, compress, hide,
or "booby-trap" protected data to make it inaccessible or
unusable, as well reverse the process to restore it.

2.  Any and all computer correspondence pertaining to (1) the
    possession, receipt or distribution of visual depictions of
    minors engaged in sexually explicit conduct, as defined in
    Title 18, United State Code, Section 2256; or (2) the
    persuading, inducing or enticing of a child under the age of
    16 to engage in sexual activity, through the use of any
    facility or means of interstate commerce (or attempting to
    do so).

3.  Any child pornography, in whatever form, as defined in
    Title 18, United State Code, Section 2256.

4.  Any and all computer correspondence pertaining to the travel
    in interstate commerce for the purpose of engaging in
    illegal sexual activities with children under 18.

5.  Any and all computer correspondence (1) offering to transmit
    through interstate commerce including by United State mails
    or by computer, any visual depiction of minors engaged in
    sexually explicit conduct, as defined in Title 18, United
    State Code, Section 2256.

6.  Any and all computer correspondence identifying persons (1)
    transmitting, through interstate commerce, including by
    United State mails or by computer, any visual depiction of
    minors engaged in sexually explicit conduct, as defined in
    Title 18, United State Code, Section 2256; or (2)
    persuading, inducing or enticing of a child under the age of
    16 to engage in sexual activity, through the use of any
    facility or means of interstate commerce (or attempting to
    do so).

7.  Any and all electronic communications and E-mail.

8.  Address books, phone books that might contain information on
    other subjects and/or victims.

9.  Any and all audio/visual equipment with the capability of
    creating or editing tapes, films, movies, or other visual
    depictions of minors engaging in sexually explicit conduct.

10. Receipts, and or other records, indicating the processing or
    developing of film.

11. Non-sexual photographs, pictures, or video tapes, of
    children that Michael David King, and others unknown to
    affiant, may have had contact with.

12. Information leading to the identity and age of the children depicted in the images described above.

13. Photographs, magazines, movies, video tapes, negative slides, and undeveloped film depicting nudity of both adults and children.

14. Non-sexual photographs, pictures, or video tapes of children, commonly referred to as child erotica.

15. Writings, including, but not limited to, diaries, ledgers, letters, or other correspondence, both written and electronic, which includes sexual content.

16. Any and all letters, envelopes, and other correspondence identifying persons transmitting, through the United States mail, or by computer, any visual depiction of children engaging in sexual conduct.

17. Indicia of occupancy, consisting of items tending to establish the identity of the person, or persons, having control of the premises at 7025 North Copperfield Court, Montgomery, Alabama, 36117.

## AFFIDAVIT

I John R. Mann do depose and state the following:

(1).    I am a Lieutenant with the Montgomery Police Department, Montgomery, Alabama and have been employed with the Montgomery Police Department for the past twenty-three years. I am currently assigned to the Mobile Division, Montgomery Resident Agency, Federal Bureau of Investigation, Child Protect Task Force, where I have worked on a number of investigations relating to the possession, receipt, distribution, and manufacture of child pornography. As part of my task force training, I have received specialized instruction in the area of child pornography investigations. I am authorized and assigned to investigate violations of Federal laws, including Title 18, United States Code, Sections 2252 and 2252A.

(2).    This affidavit is being made in support of a search warrant for the residence of 7025 North Copperfield Court, Montgomery, Alabama 36117, which is the residence of MICHAEL DAVID KING. The information contained in this affidavit is based upon my own investigation and experience, as well as information provided by other law enforcement officials involved in this investigation.

(3).    This investigation arose from evidence gathered during a criminal investigation conducted by the United States Air Force, 363D Expeditionary Security Forces Squadron, Prince Sultan Air Force Base, Saudi Arabia ("Air Force") and the Mobile Division, Montgomery Resident Agency, Federal Bureau of Investigation, in coordination with the Child Protect Task Force. Because this affidavit is being submitted for the purpose of securing a search warrant, it does not contain all information from the investigation, but only those facts deemed necessary to establish probable cause for the requested search warrant.

(4).    I have probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2252 (Certain activities relating to material involving the sexual exploitation of minors) and 2252A (Certain activities relating to material constituting or containing child pornography), instrumentalities of such violations, and fruits of the crime can be located at 7025 North Copperfield Court, Montgomery, Alabama 36117.

**THE FOLLOWING DEFINITION ARE PERTINENT TO THIS INVESTIGATION:**

(5).    CHILD PORNOGRAPHY: as used in this affidavit, includes the definitions in Title 18, United States Code, Section 2256, as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2252.

(6).    CHILD EROTICA: is any material, relating to children, that is sexually arousing to a given individual, but that is not, in and of itself, obscene or illegal. Some of the more common types of child erotica include drawings, fantasy writing, diaries, and pictures of children that are not sexually explicit.

(7).    The term "COMPUTER" as used in this affidavit is defined pursuant to Title 18, United States Code, Section 1030(e)(1) as an electronic, magnetic, optical, electrochemical or other high speed data processing devise performing logical or storage functions and includes any data storage facility or communication facility directly related to, or operating in conjunction with such devices.

(8).    National Center for Missing and Exploited Children (NCMEC) is a national clearing house that gathers information about missing and exploited children for law enforcement use.

-2-

(9).    CYBER TIP is a complaint/report dealing with child exploitation matters that can be filed over the internet by ISPs and/or individual persons. The NCMEC receives these CyberTip reports.

(10).    THE INTERNET is a collection of computers and computer networks which are connected to one another via high-speed data links and telephone lines for the purpose of sharing information.    Connections between internet computers exist across state and international borders and information sent between computers connected to the internet may cross state and international borders, even if the sending and receiving computers are located in the same state.

(11).    An Internet Service Provider (ISP) is a commercial service that provides internet connections for its subscribers. In addition to providing access to the internet via telephone or other telecommunications lines, ISPs may also provide internet email accounts and other services unique to each particular ISP.

(12).    Computers connected to the internet are identified by addresses. Internet addresses are unique and can be resolved to identify a physical location and specific computer connection. Internet addresses take on several forms, including Internet Protocol (IP) addresses, Uniform Resource Locator (URL) addresses, and domain addresses.  A domain address of mymachine@mydomain.com defines a computer called "mymachine" within the "mydomain.com" internet domain.

(13).    The Internet Protocol (IP) address is a unique numeric address used by computers on the internet. An IP address is a series of four numbers, separated by periods (e.g., 123.45.67.890). Every computer attached to the internet must be assigned a unique IP

address so that internet traffic sent from and directed to that computer may be directed properly from its source to its destination.

(14).    MODEMS permit a connection to the internet over the same lines used for telephone or cable service.  The modem allows a user to physically dial into his or her ISP from any location with a telephone line or, in the case of a cable modem, provides an "always on" connection through the subscribers cable service.

(15).    Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer data.  Hardware includes, but is not limited to, any data processing service (such as central processing units (CPUs)), self-contained "laptop" or "notebook" computers, internal and peripheral storage devices (such as fixed disk, external hard disk, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, and video display monitors); and related communications devices (such as modems, cables and connections, recording equipment, and RAM and ROM units); as well as devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

(16).    Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work.  Software is stored in electronic, magnetic, optical, or other digital form, it commonly includes programs to run operating systems, applications (like work-processing, graphics, or spreadsheets programs), utilities, compilers, interpreters, and communications programs.

-4-

(17).    Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.  A password usually operates as a digital key to "unlock" particular data security devices.  Data security hardware may include encryption devices, chips, and circuit boards.  Data security software or digital code may encrypt, compress, hide, or protect data to make it inaccessible or unusable.

(18).    Electronic mail or email is a system for sending and receiving messages electronically over a computer network, as between personal computers.

(19).    Uniform Resource Locator (URL), specifies the location of, and is the address of, a file accessible on the internet. For example, the URL of the FBI website is http://www.fbi.gov.

(20).    "Trap and Trace device" means a device or process which captures the incoming electronic or other impulses which identify the originating number or other dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication, provided, however, that such information shall not include the contents of any communication.

(21).    World Wide Web is a system of Internet servers that support specially formatted documents. The documents are formatted in a language called HTML (Hyper Text Markup Language) that supports links to other documents, as well as graphics, audio, sounds and video files

(22).    Web Sites are Internet sites that all use the techniques and HTML tags to create multimedia documents with Hypertext links. Each web page can contain many screens

or printed pages of text, graphics, audio, sound and video and the starting point for any web site is called its home page.

(23).    Network port is a special number, ranging from 0-65535, recognized by the TCP and UDP protocols. These protocols use the ports to map incoming data to a particular process running on a computer. A port may send or receive data one direction at a time or simultaneously in both directions. Software network port may also content internal programs on a single computer system. The Internet Assigned Number Authority is responsible for assigning TCP and UDP port numbers to specific uses.

(24).    Xbox is a sixth generation era video game console developed by the Microsoft Corporation. Xbox is a video game console and can be used as a media center allowing the playing of DVDs, remote and streaming of music and video files from the hard drive or from another computer over the network or internet.

(25).    WinMx is a peer-to-peer file sharing program authored by Frontcode Technologies that runs on the Windows operating systems. WinMx allows you to connect, chat, have unlimited downloads and uploads where you can download and upload anything you want, no time limits, no bandwidth limits, and no content limits.

**LOCAL INVESTIGATION**

(26).    In June 2003, Montgomery Resident Agency, Federal Bureau of Investigation received from the FBI Riyadh, Saudi Arabia a Dell Latitude C840 Laptop, Model Number: PP01X, Serial Number: TW-03 5010 12961 2SE 1177 and one blue CD case containing 12 recordable CDs, and an investigation report conduct by the United States Air Force, 363D Expeditionary Security Forces Squadron ("Air Force") from Prince Sultan Air Base, Saudi Arabia.

(27).    On February 23, 2003, the Air Force initiated an investigation based on information that investigators from the United States Air Force received that a civilian contractor with Northrop Grumman by the name of MICHAEL DAVID KING (DOB June 4, 1959; SSN 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) had pornographic material on his network shared hard drive. Further investigation revealed that KING had placed a one hour and a half long pornographic video titled "Barely Legal #1" and one other file titled "PEDOPHILES" on his shared hard drive. Air Force investigators along with the Base Information Officer conducted a proxy search on King's account and was able to link King's computer to the video and the text files. It was also discovered that King had a substantial amount of fantasy writing of children having sex with adults and videos of adult pornography. The Air Force determined that King had accessed this information from a computer located in his dorm room. Based on this information, investigators obtained a search warrant authorizing the search of King's dormitory room and the seizure of a Dell Latitude C840 Laptop computer, Model Number PP01X, Serial Number, TW-03-5010- 12961-2SE-1177 (the "Laptop") and one blue CD case containing 12 recordable CDs (the "CDs").

(28).    On February 27, 2003, Michael David King admitted to his supervisor that he had  inappropriate material on the hard drive of his computer. King's supervisor then had King leave Saudi Arabia on the evening of February 27, 2003, before the Air Force investigators could interview him in reference to the pornography on his computer. Subsequently, the Laptop and the CDs were turned over to the FBI Riyadh, International Operations, Saudi Arabia and forwarded to the Mobile FBI Division on June 8, 2003.

(29).    On July 28, 2005, a search warrant was obtained from the United States Magistrate Judge Susan Russ Walker, United States District Court, Middle District of

Alabama, authorizing the search of the Laptop, the backup storage equipment, hard drives, monitors, printers, main frames, external hard drives, CD ROM writers and readers, CD-R recordable CD's and any other electronic equipment used for storing or recording information relating to using the Internet for procuring pornographic material relating to minors, located on the above described computer.

(30).   On August 2, 2005, the Laptop and the CDs were forward to the United States Secret Service laboratory for a forensic analysis.

(31).   On September 12, 2005, United States Secret Service returned the results from the forensic analysis on the Laptop and the CDs.  The forensic analysis located on the CDs 258 movie files depicting sex acts of children with adults, rape of children, bondage, incest, sexual intercourse, oral sex, anal sex, masturbation, sadistic and masochistic abuse, ages of the children range from 3 to 16 years old.  The examination of the Laptop revealed (a) 3,362 documents of fantasy writings detailing family incest such as mother/daughter, father/daughter, mother/son , father/son, stories of rape, bondage, bestiality, torture, oral and anal sex, (b) 53 Anime cartoons depicting rape, bondage, sexual intercourse, anal sex and oral sex, and (c) two images of nude females who appeared to be between the ages of 3 to16 years old.

(32).   On November 11, 2005, an Order was obtained from the United States District Court for the Middle District of Alabama authorizing the installation and use of trap and trace device and pen register to obtain all non-content, dialing, routing, addressing, and signaling information originating from or destined to MICHAEL DAVID KING, subscriber account number 4610638 at Earthlink, Inc., an Internet service provider located at 1375 Peachtree

Street, Level A, Atlanta, Georgia 30309. The above Order was signed by United States Magistrate Judge DELORES R. BOYD.

(33).    On December 13, 2005, the United States Grand Jury from the Middle District of Alabama returned a one-count indictment charging King with violating 18 U.S.C. Sections 2252A(a)(5)(A) and 3261(a)(1), relating to his possession of the Child Pornography contained on the CDs.  That indictment has remained under seal while the FBI's investigation has continued.

(34).    As a result of the Earthlink trap and trace order, the following Internet email was obtained from the header information of MICHAEL DAVID KING emails, account number 4610638, Earthlink, Inc.: an email received by MICHAEL DAVID KING, using the user name of mdavidking@earthlink.net., January 1, 2006, time: 06:07:30-0200, IP address: 218.95.95.197, myleais@persik.ru.  Affiant then accessed the website title persik.ru by placing the URL name into Google.com search menu. This website appeared to be a Russian entertainment site and at the bottom of the page was a photo of a young teenage female. This affiant then clicked onto the photo and the main page of a website titled Russian Teen Sex appeared.  The front of this website had 24 images of children between the ages of 12 to 16 years of age posing in a sexually explicit fashion, performing oral sex and having sexual intercourse with adults.  The next four pages contained a total of 96 images of children between the ages of 10 to 16 years of age in sexually explicit poses, performing oral sex, masturbating, and having sexual intercourse with adults.  After these pages, there is a page titled Fresh Pictures Galleries that contained a total of 230 icons for websites relating to Russian Teen Sex.

(35).    On December 6, 2005, an Order was obtained from the United States District Court for the Middle District of Alabama authorizing the installation and use of a trap and trace device and pen register to obtain all non-content, dialing, routing, addressing, and signaling information originating from or destined to MICHAEL DAVID KING, subscriber account number 835719002113999 at Charter Communications, or any account associated with MICHAEL DAVID KING including Internet Protocol addresses, port number assignments, electronic mail header information, excluding the content of email subject line, Internet Protocol packet header information, and the date, time and length of all of the above for the residential Internet Service provider user account for MICHAEL DAVID KING, account number 835719002113999, at Charter Communications, an Internet Service provider located at 12444 Powerscourt Drive, St. Louis, Mo. 63131.  The above Order was signed by United States Magistrate Judge, DELORES R. BOYD.

(36).    As a result of this order, on January 12, 2006, the following trap and trace log was captured and recorded from the residential internet service user MICHAEL DAVID KING, account number: 835719002113999, at Charter Communications. The IP address 66.230.183.157, (Time) at 18:35 P.M. was accessed from the account in the name of MICHAEL DAVID KING from his home computer located at 7025 North Copperfield Court, Montgomery, Alabama 36117.

(37).    On March 24, 2006, this affiant took the IP address 66.230.183.157 and placed it into the Google search menu and discovered that this IP address contained thousands of images believed to be child pornography.  The title of this website is "Dirty Toon Porn" and it is actually a website that offers a broad array of resources and service that cater specifically to child pornography.  Hundreds upon hundreds of websites for child pornography are

-10-

advertised and arranged in the following order, cartoons, drawing, and then images and video's. Cartoons included the following titles, Disney Porn, Simpson, Flinstones, Pokemon, Family Guy, My Family drawing incest album, etc. These cartoons depicted characters performing sexual intercourse, anal and oral sex, masturbation, bestiality and bondage involving the theme of children having sex with adults and animals.

The website also included hundreds of pornographic drawing. These drawings have titles such as "Dirty Incest Drawing", "Billy, Mom & Julia Sex", "10 Young Boys and Flo!", "Family Incest 3D", "Mom & Daughter and Father: Crazy Family." In the site "Dirty Incest Drawing, Forbidden Incest Art", the front page has a drawing of a prepubescent male child having anal sex with an adult woman. Affiant then entered the "Free Tour" and discovered sixteen more drawings of prepubescent males and girls having sexual intercourse, anal and oral sex, with adult men and women. Titles included, Mom & Son & Daughter, Mom & 2 Sons, Dad & Daughter, Dad & Son, Dad & Son & Daughter and Defloration: Mom & Daughter & Grandfather.

The website also included images and videos of boys and girls between the ages of 4 to 16 years of age, masturbating, posing in sexually explicit fashion, and having sexual intercourse and performing anal and oral sex with adults. Some of the sites that advertised within the website are, "Incest Database", "Home Perversion", "Brutal Incest", "Incest-Shock", "Cyber Lolita", "Free Porno Lolitas", "Children Sex Pedophilia", "Sweet Ass, 4-14 Pedo Resource", "Free Kids Porno, bbs 2006 Samples", Forbidden Lolitas Pornography from Russia", "Lola Boys", "Lolita-Boys," "Boys Films", "Boys-Heaven", "Eternal Nymphets", Lolitas Nature", "Virgins Fun", "Lolitas Joy", and "Virgin Boys." During this time this affiant did view around One Hundred and Fifty-Two images of boys and girls between the

ages of 4 to 12 years old having sexual intercourse and performing anal and oral sex with adult men. Affiant also viewed around One Hundred and Ten images of boys and girls between the ages of 12 to 16 years old having sexual intercourse and performing anal and oral sex with adult men and women.

(38).    During the affiant's review of the computer logs that were captured from the trap and trace of the residential internet service user MICHAEL DAVID KING, Charter Communications, Account number: 835719002113999, there were hundreds upon hundreds of port 3074 entries. Port 3074 is a dedicated port on the internet for Xbox. The IP addresses from these entries indicated that the majority of these sites are from countries such as Japan, China, Russia, Germany, Sweden, Estoina and Korea, countries that are known producers and distributors of commercial child pornography.

(39).    Also during this review, affiant discovered thousands upon thousands of port 6699 and 6257 entries. Port 6699 and 6257 are dedicated ports for WinMx on the internet. Affiant has learned that child pornographers have recently utilized the WinMx software program through the internet to engage in peer-to-peer file sharing to disseminate child pornography.

(40).    An Alabama Drivers License search identified a valid drivers license for MICHAEL D. KING, 7025 North Copperfield Court, Montgomery, Alabama 36117, Date of Birth 06/04/1959, Social Security Account Number: 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 , 6'1", 305 Pounds, Blue eyes and blonde hair, Alabama Drivers License number 7182471.

(41).    On April 1, 2006, a surveillance was conducted at 7025 North Copperfield Court, Montgomery, Alabama 36117, a blue Mitsubishi, Mirage, Alabama tag 953DR and a white 2002 Mitsubishi, Lancer ES was located in the driveway of the residence. These

vehicles are registered to MICHAEL DAVID KING, at 7025 North Copperfield Court, Montgomery, Alabama 36117. This affiant also observed two young juvenile boys playing in the front yard of KING'S residence. The ages of these boys were between 10 and 14 years of age. Further investigation indicates that MICHAEL DAVID KING and SUSAN KING have a son by the name of TIMOTHY KING between the ages of 10 to 14 years old.

Pursuant to my training and experience, I know the following:

(42). The majority of individuals who collect child pornography and subscribe to child pornography Websites are persons who have a sexual attraction to children. They receive sexual gratification and satisfaction from sexual fantasies fueled by depiction of children that are sexual in nature.

(43). Individuals whose sexual objects are minors commonly collect and save child pornography as representations of their sexual fantasies. These include explicit reproductions of a child's image, voice, or handwriting, and they include computer image files, photographs, negatives, magazines, motion pictures, video tapes, books, slides, audiotapes, handwritten notes, drawings or other visual media.

(44). Individuals who collect child pornography usually keep and cherish it and they rarely throw it away. They typically keep it for many years, and will not be without it for long periods of time. These materials are usually maintained in a secure place, most often a residence, to avoid detection by law enforcement.

(45). Child Pornography is a permanent record of the sexual abuse of child victim. Each time child pornography is reproduced, downloaded, or forwarded by an Internet user, the victimization of the minor appearing in the pornography is perpetuated. Such items are important evidence and indications of an individual whose sexual objects are children and of

that individual's motive, intent, and predisposition to violate Section 13A-12-192 of the Code of Alabama and Title 18, United States Code, Section 2251(a)(b)(c)(A).

(46).    Individuals who collect child pornography often correspond or meet others to share information and material, rarely destroy correspondence from other child pornographers, conceal such correspondence as they do their sexually explicit material and often maintain list of names, addresses, telephone numbers and screen names of individuals with whom they have been in contact and who share the same interests in child pornography.

(47).    The majority of individuals who collect child pornography maintain books, magazines, newspapers and other writing, in hard copy or digital medium, on the subject of sexual activities with children, as a way of understanding their own feelings toward children, justifying those feeling and finding comfort in the fact that they are not alone in their illicit desires and behavior focused on children. Such individuals rarely destroy these materials because they play an integral role in their fantasy lives and provide them with psychological support.

## CONCLUSION

(48).    Based on the facts and circumstances summarized above in this affidavit, I believe there is probable cause to believe that evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 2252 and 2252A, involving the possession and distribution of child pornography, are located at 7025 North Copperfield Court, Montgomery, Alabama 36117, which is located in the Middle District of Alabama.

_John R. Mann_

John R. Mann, Affiant

Sworn and subscribed before me this _18th_
day of April, 2006.

United States Magistrate Judge

-15-

ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEIZED

Affiant seeks to search for, and seize, evidence and instrumentalities of pornography, including:

1.   Computer hardware, computer software, computer-related documentation, computer passwords and data security devices, further described as follows:

(A)  Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data.  Hardware includes (but is not limited to) any data-processing devices (such as central processing unit, memory typewriters, and self-contained "laptop" or "notebook" computer); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk devices and diskettes, tape drives and tapes, optical storage devices; transistors-like binary devices, and other memory storage devices); peripheral input-output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communication devices (such as modems, cables, and acoustic couplers, automatic dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

B)  Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work.  Software is stored in electronic, magnetic, optical, or other digital form. It commonly includes programs to run operating systems, applications, (like word processing, graphic, or spreadsheets programs), utilities, compilers, interpreters, and communications programs.

(C)  Computer related documentation consists of written, recorded, printed or electronically stored material which explains or illustrates the configuration or use of any seized hardware, software, or other related items.

(D)  Computer passwords and other data security devices are designed to restrict access or to hide computer software, documentation or data.  Data security devices may consist of hardware, software, or other programming code. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital code may include programming code that creates "test" keys or "hot" keys

which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well reverse the process to restore it.

2. Any and all computer correspondence pertaining to (1) the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256; or (2) the persuading, inducing or enticing of a child under the age of 16 to engage in sexual activity, through the use of any facility or means of interstate commerce (or attempting to do so).

3. Any child pornography, in whatever form, as defined in Title 18, United State Code, Section 2256.

4. Any and all computer correspondence pertaining to the travel in interstate commerce for the purpose of engaging in illegal sexual activities with children under 18.

5. Any and all computer correspondence (1) offering to transmit through interstate commerce including by United State mails or by computer, any visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256.

6. Any and all computer correspondence identifying persons (1) transmitting, through interstate commerce, including by United State mails or by computer, any visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256; or (2) persuading, inducing or enticing of a child under the age of 16 to engage in sexual activity, through the use of any facility or means of interstate commerce (or attempting to do so).

7. Any and all electronic communications and E-mail.

8. Address books, phone books that might contain information on other subjects and/or victims.

9. Any and all audio/visual equipment with the capability of creating or editing tapes, films, movies, or other visual depictions of minors engaging in sexually explicit conduct.

10. Receipts, and or other records, indicating the processing or developing of film.

11. Non-sexual photographs, pictures, or video tapes, of children that Michael David King, and others unknown to affiant, may have had contact with.

12. Information leading to the identity and age of the children depicted in the images described above.

13. Photographs, magazines, movies, video tapes, negative slides, and undeveloped film depicting nudity of both adults and children.

14. Non-sexual photographs, pictures, or video tapes of children, commonly referred to as child erotica.

15. Writings, including, but not limited to, diaries, ledgers, letters, or other correspondence, both written and electronic, which includes sexual content.

16. Any and all letters, envelopes, and other correspondence identifying persons transmitting, through the United States mail, or by computer, any visual depiction of children engaging in sexual conduct.

17. Indicia of occupancy, consisting of items tending to establish the identity of the person, or persons, having control of the premises at 7025 North Copperfield Court, Montgomery, Alabama, 36117.

Attachment A

Description of Search Location

7025 North Copperfield Court, Montgomery, Alabama 36117.

7025 North Copperfield Court is the second house on the right from Copperfield Drive. The residence is described as a beige brick patio home, with blue shutters, light blue trim, light gray shingles on the roof. The front door appears to be a solid door, light blue in color with a deadbolt lock and two narrow windows on each side of the door. A gray mailbox with black numbers of 7025 on a black post is located at the front of a paved driveway. Located in the front yard is a pine tree and a maple tree. There is a wooden privacy fence surrounding the backyard with a silver shed located on the eastside in the backyard.

